SOBUSH, Administrator, Respondent, vs. TOWN OF RINGLE and another, Appellants.

*May 15—June 12, 1917.*

*Trebowoski v. Ringle, ante,* p. 637, followed.

APPEALS from an order of the circuit court for Marathon county: A. H. REID, Circuit Judge. *Affirmed.*

The appeals are from an order overruling demurrers to the complaint for insufficiency and misjoinder of defendants.

For the appellants there was a brief by *Brown, Pradt & Genrich* of Wausau, attorneys for *Town of Pike Lake,* and *M. E. Sweet* of Wausau, attorney for *Town of Ringle,* and the cause was argued orally by *Mr. Sweet* and *Mr. L. A. Pradt.*

For the respondent the cause was submitted on the brief of *Regner & Ringle* of Wausau.

MARSHALL, J. The questions raised on the two appeals are the same as those decided in *Trebowoski v. Ringle, ante,* p. 637, 163 N. W. ——, and are ruled in favor of respondent by the result in that case.

*By the Court.*—The order is affirmed, respondent in each appeal to recover for costs in this court, attorneys' fees and clerk's fees; but no costs for printing.